UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lothar R. Eissel, IV,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Wendy, et al.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-01422-KJM-JDP (PS)<br><br>**ORDER** |

On October 30, 2024, the magistrate judge filed findings and recommendations, which were served on plaintiff, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. *See* ECF No. 6. Plaintiff Lothar Eissel filed objections on November 12, 2024, and they were considered by the undersigned, s*ee* ECF No. 7.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").

/////

/////

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
2 court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the
3 findings and recommendations to be supported by the record and by the proper analysis.
4    Eissel claims state probate proceedings have been unfair.  *See* F&Rs at 2.  He alleges the
5 probate court did not tell him how it selected the administrator of the estate in question nor how
6 the administrator appraised the value of the estate.  *See id.*  While the court is not giving legal
7 advice, Eissel might have claims he can bring in state court on this matter.  This court, however,
8 does not possess jurisdiction to hear Eissel's claims.
9    Accordingly, IT IS HEREBY ORDERED that:
10    1.  The Findings and Recommendations filed October 30, 2024, are adopted;
11    2.  The amended complaint, ECF No. 5, is DISMISSED without leave to amend for want
12 of federal jurisdiction; and
13    3.  The Clerk of Court is directed to close this action.
14    **IT IS SO ORDERED.**
15 DATED:  February 24, 2025.

_____
UNITED STATES DISTRICT JUDGE

2